# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CHARLES W. CROUCH, GLADYS CROUCH, and CHARLES K. CROUCH,**

  Plaintiffs-Appellants,

v.                                                                          **NO. 28,958**

**LEONARD SHEFFIELD and JANE SHEFFIELD,**

  Defendants-Appellees.


**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Jerry H. Ritter, Jr., District Judge**

Klipstine, Fredlund & Bowlin, L.L.C.
James W. Klipstine Jr.
Hobbs, NM

for Appellants

Robert M. Doughty II
Alamogordo, NM

for Appellees


## MEMORANDUM OPINION

**CASTILLO, Judge.**

  Plaintiffs filed an appeal in which they argue the district court erred by

dismissing their case under Rule 1-041(E)(1) NMRA because they engaged in timely action in pursuit of their claims prior to the filing of Defendants' motion to dismiss. This Court issued a calendar notice assigning this case to the summary calendar and proposing summary reversal on January 13, 2008. Defendants have filed a response to our calendar notice and state they will not submit a memorandum in opposition to our proposed summary reversal.

Accordingly, the district court's dismissal is reversed for the reasons stated in our calendar notice.

**IT IS SO ORDERED.**


_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**MICHAEL E. VIGIL, Judge**